<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

———————————

**No. 98-6728**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY CLIFFORD BYRD, SR.,

Defendant - Appellant.

———————————

**No. 98-6828**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY CLIFFORD BYRD, SR.,

Defendant - Appellant.

———————————

**No. 98-6935**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY CLIFFORD BYRD, SR.,

                                    Defendant - Appellant.

---

Appeals from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  Frank W. Bullock, Jr., Chief District Judge.  (CR-83-52, CA-98-62-1, CA-97-1047-1)

---

Submitted:  August 27, 1998          Decided:  September 17, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed in part and affirmed in part by unpublished per curiam opinion.

---

Henry Clifford Byrd, Sr., Appellant Pro Se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In Nos. 98-6728 and 98-6828, Henry Clifford Byrd, Sr., appeals the district court's orders dismissing without prejudice his motions filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). In No. 98-6935, Byrd appeals from the district court's order denying his "motion  for due process." Our review of the record and the district court's opinions discloses no reversible error. Accordingly, we deny certificates of appealability and dismiss in appeal Nos. 98-6728 and 98-6828, and affirm in no. 98-6935, on the reasoning of the district court. United States v. Byrd, Nos. CR-83-52; CA-97-1047-1; CA-98-62-1 (M.D.N.C. Apr. 24, May 28 & June 11, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED IN PART, AFFIRMED IN PART

3